IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 23-03007-01-CR-S-BCW |
| JOSHUA T. PAYNE, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Motion to Dismiss Indictment filed by Defendant personally. (Doc. 29.) The undersigned notes that Defendant also filed a Motion for Leave to Proceed *Pro Se*, which is still pending and has not yet been resolved. (Doc. 25.) Thus, at this time, Defendant remains represented by an attorney, and the Court "is not required to entertain *pro se* motions filed by a represented party." *United States v. Tollefson*, 853 F.3d 481, 485 (8th Cir. 2017) (cleaned up). This prohibition was set forth in the February 7, 2023 Scheduling and Trial Order, which states that *pro se* filings will not be accepted from defendants who are represented by counsel. (Doc. 13 ¶ VI(A).)

Accordingly, the *pro se* Motion to Dismiss Indictment is **DENIED** without prejudice. Unless and until Defendant is granted leave to proceed *pro se*, any motion to the Court must be made by and through Defendant's attorney. The Clerk's Office is directed to send a copy of this Order to Defendant via regular mail.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: October 3, 2023